# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2013

146024(68)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                        SC: 146024
                                        COA: 301253
                                        Iosco CC: 09-004926-FC

JIMMIE ALLEN NELSON,
           Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's February 6, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



Clerk

h0520